IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ATLANTIC COAST PIPELINE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 3:18cv00006-NKM |
| 0.07 ACRE, MORE OR LESS, IN NELSON COUNTY, VIRGINIA, LOCATED ON PARCEL IDENTIFICATION NO. 19-3-2A, IDENTIFIED AS "COMPOSITE PLAT SHOWING A PORTION OF THE PROPERTY OF WILLIAM O. JR & JANET R. SHELTON" IN THAT PLAT OF SURVEY BY P. MASSIE SAUNDERS, JR., L.S., RECORDED IN PLAT CABINET 3, SLIDE 577A, AND OWNED BY FENTON FAMILY HOLDINGS, LLC, | ) |
| | ) |
| and | ) |
| | ) |
| FENTON FAMILY HOLDINGS, LLC, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE THE TESTIMONY OF WILLIAM C. HARVEY, II, CCIM, MAI

NOW COMES the Defendant, Fenton Family Holdings, LLC, by counsel, and moves this Honorable Court to exclude any testimony by William C. Harvey, II, CCIM, MAI at the trial of this matter. The basis and reasons supporting this motion are set forth in the accompanying Memorandum.

Respectfully submitted,

**FENTON FAMILY HOLDINGS, LLC**

_____/s/_____
Brian G. Kunze (VA Bar #: 76948)

Blake A. Willis (VA Bar #: 93854)
Russell G. Terman (VA Bar #: 93804)
WALDO & LYLE, P.C.
301 West Freemason Street
Norfolk, VA 23510
Telephone: (757) 622-5812
Facsimile: (757) 622-5815
bgk@waldoandlyle.com
baw@waldoandlyle.com
rgt@waldoandlyle.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and exact copies of the foregoing Defendant's Motion *in Limine* to Exclude the Testimony of William C. Harvey, II, CCIM, MAI have been served upon the following via the CM/ECF system on this 13th day of May, 2019:

Richard D. Holzheimer, Jr., Esquire
John D. Wilburn, Esquire
N. Patrick Lee, Esquire
Kang He, Esquire
MCGUIRE WOODS LLP
1750 Tysons Boulevard, Suite 1800
Tysons, Virginia 22102

/s/
Brian G. Kunze (VA Bar #: 76948)
Blake A. Willis (VA Bar #: 93854)
Russell G. Terman (VA Bar #: 93804)
WALDO & LYLE, P.C.
301 West Freemason Street
Norfolk, VA 23510
Telephone: (757) 622-5812
Facsimile: (757) 622-5815
bgk@waldoandlyle.com
baw@waldoandlyle.com
rgt@waldoandlyle.com

2